AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (s),<br>v.<br>ARMANDO MAZARIEGO<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 23cr71 / 22 MJ 8316 |

Notice is hereby given that, subject to approval by the court, __ARMANDO MAZARIEGO__ substitutes
(Party (s) Name)

__BENJAMIN DAVID GOLD, Federal Defenders of NY__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __KEVIN T. CONWAY__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Federal DEFENDERS OF NY
Address: 300 Quarropos St., White Plains, NY
Telephone: (914) 355-8077       Facsimile _____
E-Mail (Optional): ben_gold@fd.org

I consent to the above substitution.
Date: 02/07/2023                              _Armando Mazariego_
                                               (Signature of Party (s))

I consent to being substituted.
Date: _____                                 _____
                                               (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 02/07/2023                               _[signature]_
                                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2-27-2023                                _[signature]_
                                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]