UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                                         :         **ORDER ACCEPTING**
v.                                  :         **PLEA ALLOCUTION**
                                                         :
ARMANDO MAZARIEGO,                  :         S1 23 CR 71 (VB)
              Defendant.            :
--------------------------------------------------------x

       The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated October 25, 2023, is approved and accepted, and the defendant is adjudged guilty of Count One of the superseding information.

       The Clerk is directed to enter the guilty plea.

Dated: November 22, 2023
       White Plains, NY

                                                      SO ORDERED:

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge